1  Morgan W. Tovey (SBN 136242) **FILING**
   Jonah D. Mitchell (SBN 203511)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA 94120-7936 **ADR**

6  Telephone:    +1 415 543 8700
   Facsimile:    +1 415 391 8269
7
   Attorneys for Defendant
8  Supress Products, LLC

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11 SERIOUS MATERIALS, LLC, a Delaware         No.
   limited liability company,
12                                            **C07 05176**
                   Plaintiff,                 (Removal From Santa Clara County
13                                            Superior Court Case No. 107CV093712)
         vs.
14                                            **NOTICE OF REMOVAL**
   SUPRESS PRODUCTS, LLC, a Nevada limited
15 liability company,

16                 Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

— 1 —

DOCSSFO-12492347.1-JMITCHELL

1    TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

2  DISTRICT OF CALIFORNIA:

3

4    NOTICE IS HEREBY GIVEN that Defendant Supress Products, LLC ("Supress") hereby

5  removes the above-captioned action from the Superior Court of California, Santa Clara County, to

6  the United States District Court for the Northern District of California.  As grounds for removal,

7  Supress states as follows:

8

9    1.    On September 6, 2007, Plaintiff Serious Materials, LLC ("Serious Materials") filed a

10  complaint against Supress and Does 1 through 10 in the Santa Clara County Superior Court, which

11  was docketed at Civil Action No. 107CV093712.  A copy of the Complaint is attached hereto as

12  Exhibit "A."

13

14    2.    Supress was served with the Summons and Complaint on September 11, 2007.  A

15  copy of the summons is attached hereto as Exhibit "B."

16

17    3.    This action is a civil action of which this Court would have original jurisdiction under

18  28 U.S.C. Section 1331 and/or 28 U.S.C. Section 1338, and which may be removed to this Court

19  pursuant to 28 U.S.C. Section 1441, because it is a civil action arising under the law of the United

20  States and/or it is a civil action arising under an Act of Congress relating to trademarks.

21  Specifically, Serious Materials alleges causes of action for trademark infringement pursuant to 15

22  U.S.C. Section 1114 and trademark infringement and false designation of origin pursuant to 15

23  U.S.C. Section 1125.

24

25    4.    The filing of this Notice of Removal is timely under 28 U.S.C. Section 1446 because

26  it was filed less than one year from commencement of this action, and within thirty days after

27  Supress was served with a copy of the Complaint and corresponding summons.

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    12.    In accordance with 28 U.S.C. Section 1446(d), Supress is filing a copy of this Notice

2    of Removal with the Superior Court of California, Santa Clara County, and is serving a copy upon

3    Serious Materials' counsel.

4

5    13.    Intradistrict Assignment:  Pursuant to Local Rule 3-2(c), intradistrict assignment is

6    proper to any Division of this Court because this is an action involving intellectual property rights.

7

8    DATED: October 9 , 2007.

9
                                     REED SMITH LLP
10

11                            By_____

12                                     Morgan W. Tovey
                                       Jonah D. Mitchell
13                                     Attorneys for Defendant
                                       Supress Products, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Removal

DOCSSFO-12492347.1-JMITCHELL

**EXHIBIT "A"**

1   John L. Cooper (State Bar No. 050324)
    Jeffrey M. Fisher (State Bar No. 155284)
2   June T. Tai (State Bar No. 226997)
    Farella Braun & Martel LLP
3   235 Montgomery Street, 17th Floor
    San Francisco, CA 94104
4   Telephone: (415) 954-4400
    Facsimile: (415) 954-4480
5
    Attorneys for Plaintiff
6   SERIOUS MATERIALS, LLC

7

8           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9               IN AND FOR THE COUNTY OF SANTA CLARA

10

11  SERIOUS MATERIALS, LLC, a             Case No. **1 0 7 C V 0 9 3 7 1 2**
    Delaware limited liability company,
12                                        **VERIFIED COMPLAINT FOR DAMAGES
            Plaintiff,                     AND INJUNCTIVE RELIEF for:**
13
        vs.                               **1)   Trademark Infringement Pursuant to 15
14                                        U.S.C. § 1114;**
    SUPRESS PRODUCTS, LLC, a Nevada
15  limited liability company; and DOES 1  **2)   Trademark Infringement and False
    though 10,                            Designation of Origin Pursuant to 15 U.S.C.
16                                        § 1125;**
            Defendants.
17                                        **3)   Unfair Competition Under California
                                          Business & Professions Code § 17200; and**
18
                                          **4)   Common Law Trademark Infringement**
19

20

21       Plaintiff Serious Materials, LLC ("Serious Materials" or "Plaintiff") alleges as follows:

22                              **PARTIES**

23       1.      Serious Materials is a Delaware limited liability company with its principal place

24  of business in Sunnyvale, California, authorized to do and doing business in the State of

25  California.

26       2.      Defendant Supress Products, LLC ("Supress") is a Nevada limited liability

27  company with its principal place of business in San Rafael, California, registered to do and doing

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

22096\1332467.1

1   business in the State of California.

2       3.    The true names and capacities, whether individual, corporate, associate or

3   otherwise of Defendants Does 1-10, inclusive, are unknown to Plaintiff at this time. Plaintiff sues

4   such defendants by such fictitious names and prays for leave to amend this Complaint to properly

5   name and charge each such Defendant when all necessary facts have been ascertained.

6       4.    Serious Materials is informed and believes, and on that basis alleges, that each of

7   the Defendants in this action performed the acts and omissions alleged in this Complaint as the

8   agent and/or employee of all the other Defendants, and that while committing the acts and

9   omissions alleged in this Complaint, each Defendant was acting within the scope of such agency

10  and/or employment.

11      5.    Serious Materials is informed and believes, and on that basis alleges, that each of

12  the Defendants sued herein are responsible in some manner for the occurrences herein alleged,

13  and that Serious Materials' damages, as herein alleged, were proximately and directly caused by

14  such Defendants.

15                           **FACTUAL ALLEGATIONS**

16      6.    Serious Materials is a leading manufacturer and supplier of high-tech

17  soundproofing products that are engineered to outperform traditional soundproofing techniques.

18  Serious Materials' soundproofing products are marketed, distributed, and sold throughout North

19  America, both to building professionals and to consumers.

20      7.    Serious Materials is the owner and registrant of the federally registered trademark

21  QUIETROCK, which Serious Materials uses in connection with the sale, offer for sale,

22  distribution, and advertising of its soundproofing products throughout North America.

23      8.    Since at least early 2003, Serious Materials or its predecessors, Quiet Solution,

24  LLC and Quiet Solution, Inc. (together "Quiet Solution"), have been using the QUIETROCK

25  mark in commerce for its soundproofing products. Serious Materials owns the federal

26  registration for the QUIETROCK word mark (United States Trademark Registration No.

27  2,900,787), registered November 2, 2004 in Class 17. A true and correct copy of the Certificate

28  of Registration for QUIETROCK is attached hereto as Exhibit A.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 2 -                                                    22096\1332467.1

1   9. Under Section 7(c) of the Lanham Act, 15 U.S.C. § 1057(c), Serious Materials'

2 nationwide rights in the QUIETROCK mark relate back to the filing date of the application,

3 which is April 18, 2003.

4   10. Since Quiet Solution first used the QUIETROCK mark in commerce, Quiet

5 Solution, and later its successor-in-interest, Serious Materials, has continuously used and done

6 business with and under the mark. Serious Materials has and continues to give notice that the

7 QUIETROCK mark is registered by displaying the mark with the "®" symbol, in numerous

8 places on its website, on its products, and in its marketing and advertising materials.

9   11. Serious Materials has expended a substantial amount of money and effort in

10 advertising and promoting the QUIETROCK mark in conjunction with its business. Serious

11 Materials' QUIETROCK mark is well known and its products are frequently imitated. Serious

12 Materials' substantial promotional, advertising, publicity, and public relations activities further

13 promote the recognition and goodwill associated with its QUIETROCK mark.

14   12. Serious Materials is informed and believes and on that basis alleges that Supress

15 is, and at all times mentioned herein, has been engaged in the business of selling soundproofing

16 products and solutions, and that Supress sells its products in California and in a number of other

17 states directly, as well as through dealers and wholesalers.

18   13. Serious Materials is informed and believes and on that basis alleges that Supress is

19 owned and operated by Bruce Donaldson, a former employee of Serious Materials.

20   14. As a result of his former employment by Serious Materials, Bruce Donaldson, and

21 by extension, Supress, knew of the use of the term QUIETROCK by Serious Materials to identify

22 its soundproofing products. Nevertheless, Supress has used the QUIETROCK mark in

23 connection with the sale of its products.

24   15. Searches for the term "QUIETROCK" performed on the popular website search

25 engine Google, available at http://www.google.com, bring up a "Sponsored Link" which uses

26 Serious Materials' federally registered QUIETROCK trademark. The sponsored link contains the

27 web address of, and a click-through link to, Supress' website, http://www.supressproducts.com.

28 The sponsored link is displayed either at the top of the search results page or on the right hand

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1    side of the search results page.  True and correct copies of sample search results pages are

2    attached as Exhibits B and C.

3            16.    Similarly, searches for the term "QUIETROCK" performed on the popular website

4    search engine Ask.com, available at http://www.ask.com, bring up a "Sponsored Link" which

5    uses Serious Materials' federally registered QUIETROCK trademark.  The sponsored link

6    contains the web address of, and a click-through link to, Supress' website,

7    http://www.supressproducts.com.  A true and correct copy of a sample search results page is

8    attached as Exhibit D.

9            17.    Serious Materials is informed and believes and on that basis alleges that Supress

10   purchased the sponsored link from Google as a means of advertising and promoting its

11   soundproofing products.

12           18.    Serious Materials is informed and believes and on that basis alleges that Supress

13   purchased the sponsored link from Ask.com as a means of advertising and promoting its

14   soundproofing products.

15           19.    Serious Materials did not authorize or consent to Supress' use of the

16   QUIETROCK mark.

17           20.    Supress' unauthorized use of QUIETROCK is identical in sound and appearance.

18           21.    Supress' unauthorized use of QUIETROCK is likely to cause substantial confusion

19   and mistake, and is likely to deceive the public and actual and prospective customers of Serious

20   Materials.

21           22.    Potential and actual customers searching for Serious Materials' website and

22   products via the Google or Ask.com search engines are likely to encounter search results

23   containing the sponsored links described in Paragraphs 15 and 16 above.  Because the sponsored

24   links contain the federally registered mark QUIETROCK, but link through to display the Supress

25   website, those viewing the sponsored links are likely to be misled, confused, or deceived as to the

26   sponsorship and affiliation between Supress and Serious Materials and as to the identity of the

27   company from which QUIETROCK products can be purchased.  The likelihood of confusion is

28   even greater given that Supress and Serious Materials compete in the same market for

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 4 -

22096\1332467.1

VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   soundproofing products.

2   **FIRST CAUSE OF ACTION**

3   **(Trademark Infringement Pursuant to Lanham Act § 32,**

4   **15 U.S.C. § 1114, against all Defendants)**

5       23.    Serious Materials incorporates by reference paragraphs 1 through 22, inclusive, as

6   if fully set forth and alleged herein.

7       24.    Serious Materials is the owner of all of the rights in the federally registered

8   QUIETROCK mark.

9       25.    Supress is aware of Serious Materials' rights in the QUIETOCK mark.

10   Nevertheless, Supress has used and is using the QUIETROCK mark without Serious Materials'

11   authorization or consent.

12       26.    Supress' use of the QUIETROCK mark constitutes a use in commerce as defined

13   in the Lanham Act.

14       27.    Said use of QUIETROCK in connection with the advertisement of Supress'

15   soundproofing products, in a manner likely to cause confusion, mistake or deception of the public

16   and of Serious Materials' actual and prospective customers, unlawfully violates and infringes the

17   rights of Serious Materials in its federally registered mark under Lanham Act Section 32, 15

18   U.S.C. § 1114.

19       28.    Supress' heretofore alleged acts of trademark infringement and unfair competition

20   have been committed with the intent to cause confusion, mistake and to deceive.

21       29.    Supress' use of QUIETROCK is damaging and will continue to damage Serious

22   Materials in an amount to be proved at trial.

23       30.    Supress' acts of infringement have caused and will continue to cause Serious

24   Materials to suffer irreparable injury to its business, reputation, and goodwill, for which there is

25   no plain, speedy or adequate remedy at law.

26       31.    Supress' acts of infringement were and continue to be willful, deliberate, wanton,

27   and in reckless and conscious disregard of the rights of Serious Materials, thereby supporting an

28   award of trebled, exemplary, and/or punitive damages.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 5 -

22096\1332467.1

VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## SECOND CAUSE OF ACTION

### (Trademark Infringement Pursuant to Lanham Act § 43,

### 15 U.S.C. § 1125, against all Defendants)

32.    Serious Materials incorporates by reference paragraphs 1 through 31, inclusive, as if fully set forth and alleged herein.

33.    Supress' conduct in using the QUIETROCK mark to link to the Supress website infringes Serious Materials' registered trademark and suggests an affiliation between Supress and Serious Materials.  This conduct is false and misleading.

34.    Supress' conduct has caused and will continue to cause injury to Serious Materials in violation of Lanham Act Section 43(a), 15 U.S.C. § 1125(a).

35.    Serious Materials has suffered or will suffer damages as a result of Supress' conduct in an amount to be proved at trial.

36.    Supress' conduct has caused and will continue to cause Serious Materials to suffer irreparable injury to its business, reputation, and goodwill, for which there is no plain, speedy or adequate remedy at law.

37.    Supress' conduct was and continues to be willful, deliberate, wanton, and in reckless and conscious disregard of the rights of Serious Materials, thereby supporting an award of trebled, exemplary, and/or punitive damages.

## THIRD CAUSE OF ACTION

### (California Business & Professions Code § 17200, *et seq*. against all Defendants)

38.    Serious Materials incorporates by reference paragraphs 1 though 37, inclusive, as if fully set forth and alleged herein.

39.    Supress' aforesaid activities constitute unfair competition in violation of California Business and Professions Code § 17200, *et seq*.  As more fully alleged above, among other things, Supress has infringed and will continue to infringe upon Serious Materials' QUIETROCK mark.  By doing so, Supress has confused and will continue to confuse or mislead the public as to the source, origin, or sponsorship of Supress' products and Supress has wrongfully capitalized on Serious Materials' advertising campaign.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

22096\1332467.1

VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1      40.    These wrongful acts have proximately caused and will continue to cause Serious

2  Materials substantial injury, including, but not limited to, loss of profits, confusion of potential

3  customers, injury to its goodwill and reputation, and diminution in value of its protected works

4  and marks, all in violation of federal and state law as identified in this Complaint.  Serious

5  Materials has thus suffered injury in fact and has lost money and/or property as a result of

6  Supress' acts of unfair competition.

7      41.    Serious Materials seeks restitution of all economic gains realized by Supress as a

8  result of Supress' unfair competition.

9      42.    Supress' acts of unfair competition, unless enjoined by this Court, will continue to

10  cause Serious Materials to sustain irreparable damage, loss, and injury, for which Serious

11  Materials has no adequate remedy at law.

12                          **FOURTH CAUSE OF ACTION**

13                  **(Common Law Unfair Competition against all Defendants)**

14      43.    Serious Materials incorporates by reference paragraphs 1 through 42, inclusive, as

15  if fully set forth and alleged herein.

16      44.    Serious Materials' trademark QUIETROCK is a symbol of extensive goodwill and

17  customer recognition built up through substantial amounts of time, effort, and money in providing

18  quality products to customers.

19      45.    Supress' unlawful activities as alleged herein are likely to cause confusion

20  between Supress and its products, on the one hand, and Serious Materials and its products, on the

21  other.  Such activities by Supress infringe the valuable common law trademark and other rights

22  held by Serious Materials.

23      46.    Supress' acts as alleged herein constitute infringement of Serious Materials'

24  QUIETROCK trademark under common law.

25      47.    Supress' acts of trademark infringement have caused Serious Materials to sustain

26  monetary damages, loss, and injury, in an amount to be determined according to proof at trial.

27      48.    Supress' acts of trademark infringement, unless enjoined by this Court, will

28  continue to cause Serious Materials to sustain irreparable damage, loss, and injury, for which

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 7 -

22096\1332467.1

VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1    Serious Materials has no plain, speedy, or adequate remedy at law.

2        49.    Supréss' acts of infringement were and continue to be willful, deliberate, wanton,

3    and in reckless and conscious disregard of the rights of Serious Materials, thereby supporting an

4    award of trebled, exemplary, and/or punitive damages.

5    **PRAYER FOR RELIEF**

6        WHEREFORE, Serious Materials respectfully requests that this Court:

7        1.    Enter judgment against Defendants on all of Serious Materials' causes of action;

8        2.    Order temporary, preliminary, and permanent injunctive relief to restrain and

9    prohibit Defendants' unlawful conduct, and specifically enjoin Defendants from:

10           (a)    directly or indirectly using the QUIETROCK mark or any other mark,

11               word, or name similar to QUIETROCK which is likely to cause confusion,

12               mistake, or to deceive; and

13           (b)    advertising, promoting, or otherwise using the QUIETROCK mark or its

14               likeness or portions thereof.

15       3.    Require Defendants to deliver to Serious Materials or its counsel for destruction all

16   articles, including products, packaging, stationary, advertising materials and the like under

17   Defendants' possession, custody or control that infringe the QUIETROCK mark or otherwise

18   violate any law, including but not limited to federal or state statutes or the common law of

19   California;

20       4.    Award Serious Materials compensatory and statutory damages in an amount to be

21   determined according to proof at trial;

22       5.    Order Defendants to pay punitive damages in an amount to be determined at trial;

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 8 -

22096\1332467.1

VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

6.    Award Serious Materials its reasonable attorneys' fees and costs of this action; and

7.    Award Serious Materials such other relief that the Court deems just, equitable, and

proper.

Dated: September 6 , 2007

FARELLA BRAUN & MARTEL LLP

By: _John L Cooper_

John L. Cooper

Attorneys for Plaintiff
SERIOUS MATERIALS, LLC

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 9 -

22096\1332467.1

VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1

## VERIFICATION

2      I, Kevin Surace, am President and Chief Executive Officer of Serious Materials, LLC a

3 party to this action, and am authorized to make this verification on its behalf. I have read the

4 foregoing Verified Complaint for Damages and Injunctive Relief and know its contents. I am

5 informed and believe and on that ground allege that the matters stated in the Verified Complaint

6 for Damages and Injunctive Relief are true.

7      I declare under penalty of perjury under the laws of the State of California that the

8 foregoing is true and correct. Executed on September 5, 2007, at Sunnyvale, California.

9

10                          Kevin J. Surace

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 10 -

COMPLAINT

22096\1332467.1

EXHIBIT "A"

Int. Cl.: 17

Prior U.S. Cls.: 1, 5, 12, 13, 35, and 50

Reg. No. 2,900,787

## United States Patent and Trademark Office

Registered Nov. 2, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## QUIETROCK

QUIET SOLUTION, INC. (DELAWARE COR-
  PORATION)
FRANCISCAN BUSINESS PARK
3685 ENOCHS STREET
SANTA CLARA, CA 95051

FOR: SOUNDPROOFING MATERIALS FOR
BUILDINGS, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35
AND 50).

FIRST USE 3-15-2002; IN COMMERCE 1-1-2003.

SN 78-239,496, FILED 4-18-2003.

SCOTT OSLICK, EXAMINING ATTORNEY

EXHIBIT "B"

Web   Images   Video   News   Maps   Gmail   more ▾

Sign in

# Google

quietrock          [ Search ]   Advanced Search
                                Preferences
                   New! View and manage your web history

**Web**                          Results 1 - 10 of about **25,100** for **quietrock**. (0.09 seconds)

## QuietRock Soundproofing
www.**quiet**solution.com    Most popular soundproof drywall. Find a        Sponsored Links
dealer near you now.

## Quietrock
SupressProducts.com    Sound Suppression Drywall & Panels
Manufacturer Call (800) 456-4061

## QuietRock - Wikipedia, the free encyclopedia

**QuietRock** is a kind of internally damped drywall panel by Quiet
Solution, an American manufacturer of soundproofing products. It is
designed to provide ...
en.wikipedia.org/wiki/**QuietRock** - 22k - Cached - Similar pages

## SounDivide - QuietRock Product Info

With the highest assembly-tested STC ratings of any drywall product,
the patent-pending **QuietRock** portfolio of acoustical panels exceeds
expectations in ...
www.soundivide.com/**QuietRock**.htm - 36k - Cached - Similar pages

## QuietRock | Soundproof Drywall

**QuietRock** soundproof drywall offers superior soundproofing that is low
cost, easy and reliable.
www.**quiet**solution.com/html/**quietrock**.html - 69k -
Cached - Similar pages

[PDF] **QuietRock** Solutions and Assemblies Lowest-
Cost Solutions in the ...

File Format: PDF/Adobe Acrobat - View as HTML
**QuietRock** on one side. Double Demising Wall. **QuietRock** on
one side ... **QuietRock** over all existing drywall. Remodeling &
Rehab Quick Fix ...
www.**quiet**solution.com/Solutions_Assemblies.pdf -
Similar pages
[ More results from www.**quiet**solution.com ]

## Quiet Solution Quiet Rock Soundproof Drywall : HGTVPro.com

Quiet Solution, LLC, **QuietRock** 525 is a low-cost, high- performance soundproof drywall
panel. With simple score, snap and hang, **QuietRock** 525 installs and ...
www.hgtvpro.com/hpro/np_supplyhouse/article/0,2623,HPRO_22396_4767168.00.html -
37k - Cached - Similar pages

## QuietRock: Information from Answers.com

**QuietRock** **QuietRock** is a kind of internally damped drywall panel by Quiet Solution , an
American manufacturer of soundproofing products.
www.answers.com/topic/**quietrock** - 48k - Cached - Similar pages

## QuietRock, THX Certified Sheetrock: Home Theater Blog | Home ...

QuietSolution claims their 5/8" thick **QuietRock** sheetrock is acoustically equivalent to 8

### Sponsored Links

## Acoustiblok Soundproofing
Specify the industry standard UL
Classified sound abatement solution
acoustiblok.com

## Green Glue in San Fran
Now in stock: Cases of Green Glue.
Call 888-666-5090 for pickup today!
SoundIsolationCompany.com
San Francisco-Oakland-San Jose, CA

## Quietrock
Bargain Prices. Smart Deals.
Save on **Quietrock**!
Shopzilla.com

## Quietrock
View Our List of Contractors Here.
Get Bids & Review, Free Service!
www.1800contractor.com

## Magnesia acoustic drywall
for seamless wall floor & exteriors
impacts mould salt fire sound water
magnesiacore.com/solutions.html

layers of standard drywall. That's quite a bit of noise dampening ...
www.hometheaterblog.com/hometheater/2006/07/**quietrock**_thx_c.html - 14k -
Cached - Similar pages

**QuietRock**™ Soundproof Drywall Now in 9,10 and 12 ft Lengths
SUNNYVALE, CA -- (PRNewswire) Quiet Solution announced new size additions to the
**QuietRock** Serenity soundproof drywall product line. ...
www.buildingonline.org/news/viewnews.pl?id=3089&subcategory=54 - 26k -
Cached - Similar pages

**QuietRock** soundproofing drywall - does it work? - Topic Powered by ...
I was thinking of using the **Quietrock** for sound proofing my ceiling in my duplex to lower
the noise between me and my renters upstairs. ...
studioforums.com/eve/forums/a/tpc/f/3756015614/m/159107384/p/2 - 120k -
Cached - Similar pages

about **quiet rock** [Archive] - Contractor Talk - Professional ...
iam going to install 8 sheet 4x8 5/8 **quiet rock** 530 to sound proof a master bedroom does
any one has any idea how much is the installation of this drywall ...
www.contractortalk.com/archive/index.php/t-4262.html - 12k - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

Try Google Desktop: search your computer as easily as you search the web.

---

quietrock                          [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

EXHIBIT "C"

Web   Images   Video   News   Maps   Gmail   more ▾

Sign in

## Google

quietrock

[ Search ]    Advanced Search
Preferences
New! View and manage your web history

**Web**                                          Results **1 - 10** of about **25,100** for **quietrock**. (0.06 seconds)

**QuietRock** Soundproofing                                      Sponsored Link
www.**quietsolution**.com    Most popular soundproof drywall. Find a
dealer near you now.

**QuietRock** - Wikipedia, the free encyclopedia

**QuietRock** is a kind of internally damped drywall panel by Quiet
Solution, an American manufacturer of soundproofing products. It is
designed to provide ...
en.wikipedia.org/wiki/**QuietRock** - 22k - Cached - Similar pages

SounDivide - **QuietRock** Product Info

With the highest assembly-tested STC ratings of any drywall product,
the patent-pending **QuietRock** portfolio of acoustical panels exceeds
expectations in ...
www.**soundivide**.com/**QuietRock**.htm - 36k - Cached - Similar pages

**QuietRock** | Soundproof Drywall

**QuietRock** soundproof drywall offers superior soundproofing that is low
cost, easy and reliable.
www.**quietsolution**.com/html/**quietrock**.html - 69k -
Cached - Similar pages

[PDF] **QuietRock** Solutions and Assemblies Lowest-
Cost Solutions in the ...

File Format: PDF/Adobe Acrobat - View as HTML
**QuietRock** on one side. Double Demising Wall. **QuietRock** on
one side ... **QuietRock** over all existing drywall. Remodeling &
Rehab Quick Fix ...
www.**quietsolution**.com/Solutions_Assemblies.pdf -
Similar pages
[ More results from www.quietsolution.com ]

Quiet Solution **Quiet Rock** Soundproof Drywall :
HGTVPro.com

Quiet Solution, LLC, **Quiet Rock** 525 is a low-cost, high- performance
soundproof drywall panel. With simple score, snap and hang,
**QuietRock** 525 installs and ...
www.hgtvpro.com/hpro/np_supplyhouse/
article/0,2623,HPRO_22396_4767168,00.html - 37k -
Cached - Similar pages

**QuietRock**: Information from Answers.com

**QuietRock** QuietRock is a kind of internally damped drywall panel by Quiet Solution , an
American manufacturer of soundproofing products.
www.answers.com/topic/**quietrock** - 48k - Cached - Similar pages

**QuietRock**, THX Certified Sheetrock: Home Theater Blog | Home ...

QuietSolution claims their 5/8" thick **QuietRock** sheetrock is acoustically equivalent to 8
layers of standard drywall. That's quite a bit of noise dampening ...

Sponsored Links

**Acoustiblok Soundproofing**
Specify the industry standard UL
Classified sound abatement solution
acoustiblok.com

**Quietrock**
Noise Reducing Drywall & Panels
Price/Performance Leader Mfg.
SupressProducts.com

**Pick Up Green Glue Today**
Green Glue is available in CA for
immediate pickup. Call 888-666-5090
SoundIsolationCompany.com
San Francisco-Oakland-San Jose, CA

**Soundproof Your Wall**
Low Cost / High Performance
How to Soundproof Your Wall
www.eSoundproof.com/walls

**Quietrock**
Avoid Data Disasters.
Deals on **Quietrock**!
BizRate.com/Cd&DvdDrives

**Quietrock**
View Our List of Contractors Here.
Get Bids & Review, Free Service!
www.1800contractor.com

**Magnesia acoustic drywall**
for seamless wall floor & exteriors
impacts mould salt fire sound water
magnesiacore.com/solutions.html

www.hometheaterblog.com/hometheater/2006/07/**quietrock**_thx_c.html - 14k -
Cached - Similar pages

**QuietRock**™ Soundproof Drywall Now in 9,10 and 12 ft Lengths
SUNNYVALE, CA -- (PRNewswire) Quiet Solution announced new size additions to the
**QuietRock** Serenity soundproof drywall product line. ...
www.buildingonline.org/news/viewnews.pl?id=3089&subcategory=54 - 26k -
Cached - Similar pages

**QuietRock** soundproofing drywall - does it work? - Topic Powered by ...
I was thinking of using the **Quietrock** for sound proofing my ceiling in my duplex to lower
the noise between me and my renters upstairs. ...
studioforums.com/eve/forums/a/tpc/f/3756015614/m/159107384/p/2 - 120k -
Cached - Similar pages

about **quiet rock** [Archive] - Contractor Talk - Professional ...
iam going to install 8 sheet 4x8 5/8 **quiet rock** 530 to sound proof a master bedroom does
any one has any idea how much is the installation of this drywall ...
www.contractortalk.com/archive/index.php/t-4262.html - 12k - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10   **Next**

Download Google Pack: free essential software for your PC

---

quietrock            [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

---

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

EXHIBIT "D"

**quietrock**  Showing 1-10 of 3,720          MyStuff    Options

Web | Images | City | News | More »

quietrock

Advanced

**Expand Your Search**

Quietsolution

Quiet Rock

Sponsored Results

### QuietRock Soundproofing
ost popular soundproof drywall.
nd a dealer near you now.
www.quietsolution.com

### Quietrock
Noise Reducing Drywall & Panels
Price/Performance Leader Mfg.
SupressProducts.com

### Acoustiblok Soundproofing
Specify the industry standard UL
Classified sound abatement solution
acoustiblok.com

### QuietRock soundproofing drywall - does it work?
**QuietRock** soundproofing drywall - does it work? ... using the
**Quietrock** for sound proofing my ceiling in my duplex to lower
the noise ...
studioforums.com/eve/ubb.x/a/tpc/f/3756015614/m/1591073...

### http://www.quietsolution.com/
www.quietsolution.com/

### QuietRock Application Note (PDF File)
1 Application Note June 2003 The QuietWood line of
engineered products is a sound isolation system
designed to replace standard plywood in any wall
www.quietsolution.com/QuietWood_Application_Note.pdf
More Results from www.quietsolution.com

### QuietRock - Wikipedia, the free encyclopedia
**QuietRock** is a kind of internally
damped drywall panel by Quiet
Solution, an American manufacturer
of soundproofing products. It is
designed to ...
en.wikipedia.org/wiki/QuietRock

### Buy Construction Products Online
**QuietRock** and QuietWood panel

products For panel pricing, local
availability, and expert advice, call
our consultants at 1-800-797-8159.
Or ...
store.yahoo.com/quietsolution/construction.html

YouTube - Sound of
Silence: Soundproofing
with **QuietRock**
This HGTV video on **Quietrock**
soundproof drywall. More info at
http://soundproofingwithdave.com...
www.youtube.com/watch?
v=EFtoFR0CGsE

::**quietrock** -
quietrockquietrock::
**Quietrock** of ten **quietrock** 510 few
**QuietRock** the **quietrock** ury
**QuietRock** local distributers?
quietrock.wellit.it/

Soundproofing with Dave: "i
want that" featuring
**QuietRock** ...
"i want that" featuring **QuietRock**
soundproof drywall ... HGTV: **QuietRock**
featured on I Want That!
soundproofingwithdave.com/2007/08/want-
that-featuring-q...

**quietrock**.
**Quietrock** serenity cost to and
**quietrock** for **QuietRock** local
distributers is **QuietRock** local
distributers how **QuietRock** local
distributers?
quietrock.studiocarnuffo.com/

**quietrock**.
**Quietrock** serenity cost or you
**QuietRock** for **QuietRock** local
distributers own **QuietRock** local
distributers day **quietrock**?
quietrock.accu.mi.it/

**QuietRock**          Sponsored Results
Soundproofing
Most popular soundproof drywall.
Find a dealer near you now.

www.quietsolution.com

## Quietrock
Noise Reducing Drywall & Panels
Price/Performance Leader Mfg.
SupressProducts.com

## Acoustiblok Soundproofing
Specify the industry standard UL
Classified sound abatement solution
acoustiblok.com

## Pick Up Green Glue Today
Green Glue is available in CA for
immediate pickup. Contact us today!
SoundIsolationCompany.com

## Magnesia acoustic drywall
for seamless wall floor & exteriors
impacts mould salt fire sound water
magnesiacore.com/solutions.html

Take the Ask.com search engine with
you. Download our Toolbar.

« Prev    **1**   **2**   **3**   **4**   **5**   **6**   **7**   **8**   **9**   **10**    Next »

About · Advertise · Careers

© 2007 IAC Search & Media

**EXHIBIT "B"**

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SUPRESS PRODUCTS, LLC, a Nevada limited liability
company; *and Does 1 though 10,*

50
**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SERIOUS MATERIALS, LLC, a Delaware limited liability
company

ENDORSED
2007 SEP -6 P 3: 08
D. Wendel

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court, County of Santa Clara<br>191 North First Street<br><br>San Jose, CA 95113<br>(Civil Unlimited) | **CASE NUMBER:**<br>*(Número del Caso):*<br>**1 0 7 C V 0 9 3 7 1 2** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
John L. Cooper (CA SBN 050324)        (415) 954-4400      (415) 954-4480
June T. Tai (CA SBN 226997)
Farella Braun + Martel
235 Montgomery Street, 17th Floor, San Francisco, CA 94104

DATE: SEP - 6 2007      Kiri Torre                          Clerk, by _____, Deputy
*(Fecha)*              Chief Executive Officer/Clerk        *(Secretario)*                              *(Adjunto)*

D. Wendel

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* SUPRESS PRODUCTS, LLC, A NEVADA LIMITED LIABILITY COMPANY

under: ☐ CCP 416.10 (corporation)              ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
       ☒ other *(specify):* LIMITED LIABILITY COMPANY
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465