```
 1  Morgan W. Tovey (SBN 136242)
    Jonah D. Mitchell (SBN 203511)
 2  REED SMITH LLP
    Two Embarcadero Center, Suite 2000
 3  San Francisco, CA 94111-3922

 4  Mailing Address:
    P.O. Box 7936
 5  San Francisco, CA 94120-7936

 6  Telephone:   +1 415 543 8700
    Facsimile:   +1 415 391 8269
 7
    Attorneys for Defendant
 8  Supress Products, LLC
```

E-FILING    ORIGINAL FILED

07 OCT -9 PM 3:53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.F.

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEJ

| | |
|---|---|
| SERIOUS MATERIALS, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     vs.<br><br>SUPRESS PRODUCTS, LLC, a Nevada limited liability company,<br><br>          Defendant. | No. C07 05176<br>(Removal From Santa Clara County Superior Court Case No. 107CV093712)<br><br>**DEFENDANT SUPRESS PRODUCTS, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[LOCAL RULE 3-16] |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: October 9, 2007.

REED SMITH LLP

By_____
Morgan W. Tovey
Jonah D. Mitchell
Attorneys for Defendant
Supress Products, LLC

— 1 —

Defendant Supress Products, LLC's Certification of Interested Entities or Persons

DOCSSFO-12492680.1