Morgan W. Tovey (SBN 136242)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

Mailing Address:
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Defendant
Supress Products, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERIOUS MATERIALS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SUPRESS PRODUCTS, LLC, a Nevada limited liability company,<br><br>Defendant. | No.: C 07 05176 MEJ<br><br>(Removal From Santa Clara County Superior Court Case No. 107CV093712)<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On October 9, 2007, I served the following document(s) by the method indicated below:

**CIVIL CASE COVER SHEET;**

**DEFENDANT SUPRESS PRODUCTS, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; AND**

**DEFENDANT SUPRESS PRODUCTS, LLC'S NOTICE OR REMOVAL OF ACTION**

☐ by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

```
1   John L. Cooper
2   June T. Tai
    Farella Braun & Martel
3   235 Montgomery Street, 17th Floor
    San Francisco, CA 94104
4   Facsimile: (415) 954-4480
```

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 9, 2007, at San Francisco, California.

_____
D. Rothschild

- 2 -