Morgan W. Tovey (SBN 136242)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Defendant
Supress Products, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERIOUS MATERIALS, LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SUPRESS PRODUCTS, LLC, a Nevada limited liability company,<br><br>　　　　　　　Defendant. | No.: C 07 05176 MEJ<br><br>**DEFENDANT SUPRESS PRODUCTS, LLC'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  The undersigned party in the above-captioned civil matter hereby declines to consent to the
2  assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
3  requests the reassignment of this case to a United States District Judge.

5  DATED: October 15, 2007.

6  REED SMITH LLP

8  By____/s/ Jonah D. Mitchell_____
   Morgan W. Tovey
   Jonah D. Mitchell
   Attorneys for Defendant
   Supress Products, LLC