IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERIOUS MATERIALS, LLC,

        Plaintiff,

  v.

SUPRESS PRODUCTS, LLC.,

        Defendant.

No. C 07-05176SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, January 18, 2007, at 2:00 p.m.  Please comply with the attached order when preparing for the conference.

Dated: October 18, 2007

RICHARD W. WIEKING, Clerk

_____
Tracy Sutton
Deputy Clerk