1  Morgan W. Tovey (SBN 136242)
   Jonah D. Mitchell (SBN 203511)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA 94120-7936

6  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
7
   Attorneys for Defendant
8  Supress Products, LLC

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 SERIOUS MATERIALS, LLC, a Delaware          No.: C 07 05176 SI
   limited liability company,
12                                             SECOND STIPULATION EXTENDING
                  Plaintiff,                   DEFENDANT SUPRESS PRODUCTS,
13                                             LLC'S DEADLINE TO RESPOND TO
       vs.                                     PLAINTIFF'S COMPLAINT
14
   SUPRESS PRODUCTS, LLC, a Nevada limited
15 liability company,

16                Defendant.

Pursuant to Civil Local Rule 6-1(a), the parties, by and through their undersigned counsel of record, hereby stipulate to extend the deadline for Defendant Supress Products, LLC to answer or otherwise respond to the Complaint from October 29, 2007 to November 5, 2007.

DATED: October 29, 2007.

REED SMITH LLP

By _____
Morgan W. Tovey
Jonah D. Mitchell
Attorneys for Defendant
Supress Products, LLC

DATED: October 26, 2007.

FARELLA BRAUN & MARTEL LLP

By _____
John L. Cooper
Jeffrey M. Fisher
June T. Tai
Attorneys for Plaintiff
Serious Materials, LLC