1  John L. Cooper (State Bar No. 050324)
   Jeffrey M. Fisher (State Bar No. 155284)
2  June T. Tai (State Bar No. 226997)
   Farella Braun & Martel LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 954-4400
   Facsimile:   (415) 954-4480
5  jcooper@fbm.com
   jfisher@fbm.com
6  jtai@fbm.com

7  Attorneys for Plaintiff
   SERIOUS MATERIALS, LLC
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 SERIOUS MATERIALS, LLC, a           Case No. C-07-05176-SI
   Delaware limited liability company,
                                       **VOLUNTARY DISMISSAL WITH**
13            Plaintiff,                **PREJUDICE PURSUANT TO FED. R. CIV.**
                                        **P. 41(a)(1)**
14     vs.
                                       Judge:  Honorable Susan Illston
15 SUPRESS PRODUCTS, LLC, a Nevada
   limited liability company,          Complaint filed:  September 6, 2007
16                                     Trial Date:  None set
              Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

VOLUNTARY DISMISSAL WITH PREJUDCE
PURSUANT TO FED. R. CIV. P. 41(a)(1)

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-entitled action is hereby voluntarily dismissed with prejudice by plaintiff Serious Materials, LLC.

Dated: October 30, 2007     FARELLA BRAUN & MARTEL LLP

By: /s/ June T. Tai
    June T. Tai

Attorneys for Plaintiff/Counter-defendant
SERIOUS MATERIALS, LLC

22096\1372510.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

VOLUNTARY DISMISSAL WITH PREJUDCE
PURSUANT TO FED. R. CIV. P. 41(a)(1)

- 2 -