| | |
|---|---|
| 1 | John L. Cooper (State Bar No. 050324) |
| 2 | Jeffrey M. Fisher (State Bar No. 155284) |
|   | June T. Tai (State Bar No. 226997) |
| 3 | Farella Braun & Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA  94104 |
|   | Telephone:  (415) 954-4400 |
| 5 | Facsimile:   (415) 954-4480 |
|   | jcooper@fbm.com |
| 6 | jfisher@fbm.com |
|   | jtai@fbm.com |
| 7 | Attorneys for Plaintiff |
| 8 | SERIOUS MATERIALS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERIOUS MATERIALS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>SUPRESS PRODUCTS, LLC, a Nevada limited liability company,<br><br>    Defendant. | Case No. C-07-05176-SI<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Judge:  Honorable Susan Illston<br><br>Complaint filed:  September 6, 2007<br>Trial Date:  None set |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

VOLUNTARY DISMISSAL WITH PREJUDCE
PURSUANT TO FED. R. CIV. P. 41(a)(1)

1  NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1) of the Federal Rules of
2  Civil Procedure, the above-entitled action is hereby voluntarily dismissed with prejudice by
3  plaintiff Serious Materials, LLC.

Dated:  October 30, 2007                                    FARELLA BRAUN & MARTEL LLP

By: /s/  June T. Tai
          June T. Tai

Attorneys for Plaintiff/Counter-defendant
SERIOUS MATERIALS, LLC

IT IS SO ORDERED
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

22095\1372511

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

VOLUNTARY DISMISSAL WITH PREJUDCE
PURSUANT TO FED. R. CIV. P. 41(a)(1)       - 2 -